**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**ERICA D. LOYD, ESQ.**
Nevada Bar No.: 010922
**KANG & ASSOCIATES, PLLC**
6480 W Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*
*Trashed Home Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRASHED HOME CORPORATION, a Nevada Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA NA, a Nevada Association; DEUTSCHE BANK NATIONAL TRUST COMPANY, a Nevada Corporation; GILLIAM MANASSEH, an Individual.<br><br>        Defendants. | Case No.: 2:14-CV-00233-GMN-VCF |

### ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY

COMES NOW, Plaintiff, by and through his attorneys of record, PATRICK W. KANG, ESQ. and ERICA D. LOYD, ESQ., of KANG & ASSOCIATES, hereby submits this Voluntary Stipulation and Order for Dismissal of Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY ("DBNTC") from the above-entitled action.

Upon the proof, evidence and representation by the Defendant DBNTC to Plaintiff; Plaintiff has verified that Defendant DBNTC has no interest in the subject property at issue in this matter. Therefore in the interest of justice and efficacy, the parties have agreed that Defendant DBNTC shall be dismissed from the above-entitled action entirely and each party will be responsible for their own costs and fees associated with this case.

Now Therefore:

**IT IS HEREBY, STIPULATED, AGREED AND ORDERED** that the parties have agreed that Defendant DCNTC be dismissed with prejudice from this matter entirely and each party will be responsible for their won costs and fees associated with this case.

**DATED** this 23rd day of March.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/25/2015**

Respectfully Submitted By:

DATED this 23rd day of March, 2015.

  /s/ Erica D. Loyd
**ERICA D. LOYD, ESQ.**
State Bar No.: 10922
KANG & ASSOCIATES, PLLC
P: 702.333.4223
F: 702.507.1468
*eloyd@acelawgroup.com*
*Attorneys for Plaintiff*

KANG & ASSOCIATES, PLLC.
6480 W. SPRING MOUNTAIN ROAD, SUITE 1
LAS VEGAS. NV  89146