# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRASHED HOME CORPORATION,    )
           Plaintiff,    )    Case No. 2:14-cv-00233-GMN-CWH
)
vs.    )    **ORDER**
)
BANK OF AMERICA, N.A., et al.,    )
)
           Defendants.    )
_____)

      This matter is before the court on the parties' second joint status report (ECF No. 25) dated August 30, 2017. The parties state that they are ready to proceed with litigation and request that discovery and trial deadlines be set. Having read and considered the parties' joint status report, and good cause appearing,

      IT IS ORDERED that the stay of litigation is lifted.

      IT IS FURTHER ORDERED that the parties must meet and confer and file a proposed revised discovery plan and scheduling order by November 2, 2017.

      DATED: October 3, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**