PATRICK W. KANG, ESQ.
Nevada Bar No.: 010381
KYLE R. TATUM, ESQ.
Nevada Bar No.: 013264
KANG & ASSOCIATES, PLLC
6480 W Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*
*Trashed Home Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRASHED HOME CORPORATION, a Nevada Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA NA, a Nevada Association; DEUTSCHE BANK NATIONAL TRUST COMPANY, a Nevada Corporation; GILLIAM MANASSEH, an Individual.<br><br>        Defendants. | Case No.: 2:14-CV-00233-GMN-VCF |

## **SUBSTITUTION OF COUNSEL**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    NOTICE IS HEREBY GIVEN that TRASHED HOME CORPORATION substitutes out KANG & ASSOCIATES, PLLC, as counsel of record for TRASHED HOME CORPORATION and for all matters in the instant case.

    All future pleadings, notices and documents should be directed to JOSEPH HONG, ESQ. at the following address:

*1 | THC*

HONG & HONG
10781 W. Twain Ave., #100
Las Vegas, Nevada 89135

### CONSENT TO SUBSTITUTION

The undersigned consents to the above substitution of counsel for TRASHED HOME CORPORATION in the instant case.

DATED this ____ of March, 2018

_____
TRASHED HOME CORPORATION

### ACCEPTANCE OF SUBSTITUTION

The undersigned hereby substitutes HONG & HONG as attorneys in the above-mentioned matter, in the place and stead of KANG & ASSOCIATES, PLLC.

DATED this 13 of March 2018

KANG & ASSOCIATES, PLLC

_____
PATRICK W. KANG, ESQ.
Nevada Bar No.: 010381
KYLE R. TATUM, ESQ.
Nevada Bar No.: 013264
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, Nevada 89146

///

## CONSENT TO SUBSTITUTION

Joseph Hong, Esq. of the law firm of HONG & HONG, does hereby consent to the above and foregoing substitution of attorneys such that KANG & ASSOCIATES has no further part in this matter.

DATED this 14 of March 2018

HONG & HONG

_____
Joseph Hong, Esq.
Nevada Bar No.: 005995
10781 W. Twain Ave., #100
Las Vegas, Nevada 89135

IT IS SO ORDERED.

DATED: April 3, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3 | THC