JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG
A Professional Law Corporation
1980 Festival Plaza Dr., Suite 650.
Las Vegas, Nevada 89135
Tel: (702) 870-1777
Fax: (702) 870-0500
Email: Yosuphonglaw@gmail.com

Attorney for Plaintiff
Trashed Home Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRASHED HOME CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:14-cv-00233-GMN-CWH |
| BANK OF AMERICA, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; GILLIAM MANASSEH; | ) |
| Defendants. | ) STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE |

Bank of America, N.A. and Trashed Home Corporation, (the "Parties"), by and through their respective attorney of record, hereby stipulate and agree as follows:

Due to an emergency health issue that arose with the principal for Trashed Home Corporation whereby said principal was required to immediately leave the State of Nevada for medical treatment, the Parties hereby stipulate and agree for the rescheduling of the Settlement

...

...

...

...

Conference, presently scheduled for 8:30 a.m. on August 17, 2018, for a time and date in the month of October 2018 that will be convenient for the Court.

DATED this 13th day of August, 2018.

| | |
|---|---|
| AKERMAN, LLP. | HONG & HONG, P.C. |
| By: /s/ Jared Sechrist, Esq.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | By: /s/ Joseph Y. Hong, Esq.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, Nevada 89135 |
| *Attorney for Bank of America, N.A.* | *Attorney for Trashed Home Corporation* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 14, 2018