# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRASHED HOME CORPORATION, | ) |
| Plaintiff, | ) Case No. 2:14-cv-00233-GMN-CWH |
| vs. | ) **ORDER** |
| BANK OF AMERICA, N.A., et al., | ) |
| Defendants. | ) |

This matter is before the court on the parties' failure to comply with the court's order (ECF No. 45), dated October 30, 2018. The parties notified the court that they had reached a settlement, and the court entered an order vacating the court-ordered settlement conference and requiring the parties to file a stipulated dismissal or a joint status report by November 30, 2018. (Min. Order (ECF No. 45).) To date, the parties have not filed dismissal documents or a joint status report. The parties must meet and confer and file dismissal documents or joint status report by February 4, 2019. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: January 14, 2019

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**